# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KEVIN SHAWN QUALLS, SR.                                                                                      PLAINTIFF
ADC # 159908

v.                                       NO. 3:15CV00081 JLH/BD

BRENT DUNCON, et al.                                                                                      DEFENDANTS

### **ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Kevin Shawn Qualls, Sr.'s lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED this 29th day of May, 2015.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE