**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KEVIN SHAWN QUALLS, SR.                                                        PLAINTIFF
ADC # 159908

v.                              NO. 3:15CV00081 JLH/BD

BRENT DUNCON, et al.                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 29th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE